MJ Media LLC

Resolution to file Chapter 7 bankruptcy

WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature, and WHEREAS, it would be in the best interest of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified Secretary and custodian of the books and records an seal of MJ Media, LLC, a corporation duly formed pursuant to the laws of the State of New Jersey and the foregoing is a true record of a resolution duly adopted at a meeting of the shareholder and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on         , and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this     day of       .

_____   12-7-12
President and Secretary